UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**RAYMOND FONTNETT**  **CASE NO. 6:22-CV-04092**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**ALLSTATE VEHICLE & PROPERTY INSURANCE CO**  **MAGISTRATE JUDGE LEBLANC**

## MEMORANDUM RULING

Before the Court is "Allstate Vehicle and Property Insurance Company's Motion to Dismiss Complaint" (Doc. 23) wherein Allstate moves to dismiss this lawsuit because during the relevant time period, Allstate did not issue a homeowner's policy of insurance to Plaintiff, nor did any affiliated companies of Allstate.

In its response, Plaintiff, through counsel, informs the Court that it does not oppose Allstate's Motion to Dismiss.[1] Accordingly,

The Court will grant Allstate's Motion to Dismiss and dismiss this lawsuit with prejudice.

**THUS DONE AND SIGNED** in Chambers on this 29th day of January, 2024.



**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Doc. 26.